*March 3, 2017*

2017-Ohio-749.]

**2016–0261.   Disciplinary Counsel v. Joltin.**
Sua sponte, Benjamin Joltin, Attorney Registration No. 0072993, last known business address in Canfield, Ohio, found in contempt for failure to surrender his attorney-registration card and failure to file an affidavit of compliance on or before January 18, 2017.

**2016–0853.   Columbiana Cty. Bar Assn. v. Barborak.**
Sua sponte, Virginia Mary Barborak, Attorney Registration No. 0068601, last known business address in Lisbon, Ohio, found in contempt for failure to surrender her attorney-registration card, failure to surrender her certificate of admission, and failure to file an affidavit of compliance on or before January 18, 2017.

**2016–0994.   Disciplinary Counsel v. DeMasi.**
On respondent's motion to purge contempt. Motion granted.

**2016–1451.   Kinderdine v. Mahoning Cty. Educational Serv. Ctr.**
Mahoning App. No. 2014 MA 00180, 2016-Ohio-5482. On appellant's application for dismissal. Application granted. Cause dismissed.

**2016–1452.   Kinderdine v. Alleman.**
Mahoning App. No. 2014 MA 0177, 2016-Ohio-5481. On appellants' application for dismissal. Application granted. Cause dismissed.

*March 6, 2017*

2017-Ohio-772.]

**2016–0054.   State ex rel. Noxious Vegetation Control, Inc. v. Ohio Bur. of Workers' Comp.**
Franklin App. No. 14AP–51, 2015-Ohio-5234. On appellant's application for dismissal. Application granted. Cause dismissed.